**Joseph SANKO, Jr., Plaintiff–Appellant,**

v.

**Robert F. McDONNELL, Virginia Attorney General; Gary L. Bass, Chief of Operations; A. David Robinson, Regional Director; Edward E. Wright, Warden; B. Bullock, Classification Supervisor; M. Bland, Job Coordinator, Defendants–Appellees.**

No. 07–7382.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2008.

Decided: June 30, 2008.

Joseph Sanko, Jr., Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Sanko, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sanko v. McDonnell,* No. 1:07–cv–00691–TSE (E.D.Va. Aug. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*